1  Eliot R. Samulon; SBN: 67401
2  **POTTER, COHEN & SAMULON**
3  3852 East Colorado Boulevard
   Pasadena, California 91107
4  Telephone (626) 795-0681
5  Facsimile (626) 795-0725
   esamulon@pottercohenlaw.com
6
7  Attorney for Plaintiff IRMA BARRIOS

8  ANDRÉ BIROTTE JR.
9  United States Attorney
   LEON W. WEIDMAN
10 Assistant United States Attorney
11 Chief, Civil Division
   FRANCESCO P. BENAVIDES, CSBN 258924
12 Special Assistant United States Attorney
13     Social Security Administration
       160 Spear Street, Suite 800
14     San Francisco, CA  94105
15     Telephone: 415-977-8978
       Facsimile: 415-744-0134
16     Email: Francesco.Benavides@ssa.gov
17 Attorneys for Defendant
18
19              UNITED STATES DISTRICT COURT,
20             CENTRAL DISTRICT OF CALIFORNIA,
                      WESTERN DIVISION
21

22 | IRMA BARRIOS,                      | ) No. CV 2:12-cv-01226 MRW
23 |        Plaintiff,                  | )
24 | vs.                                | ) [~~PROPOSED~~] ORDER ON
25 |                                    | ) STIPULATION FOR AWARD OF
   | MICHAEL J. ASTRUE,                 | ) EAJA FEES
26 | Commissioner of Social Security,   | )
27 |        Defendant.                  | )
28 |_____| )

-1-

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of SEVEN THOUSAND FOUR HUNDRED DOLLARS AND NO CENTS ($7,400.00) subject to the terms of the stipulation.

DATE: 2/22/2013

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE