1  Eliot R. Samulon; SBN: 67401
2  **POTTER, COHEN & SAMULON**
   3852 East Colorado Boulevard
3  Pasadena, California 91107
4  Telephone (626) 795-0681
   Facsimile (626) 795-0725
5  esamulon@pottercohenlaw.com
6
7  Attorney for Plaintiff IRMA BARRIOS

8  ANDRÉ BIROTTE JR.
9  United States Attorney
   LEON W. WEIDMAN
10 Assistant United States Attorney
11 Chief, Civil Division
   FRANCESCO P. BENAVIDES, CSBN 258924
12 Special Assistant United States Attorney
13        Social Security Administration
          160 Spear Street, Suite 800
14        San Francisco, CA 94105
15        Telephone: 415-977-8978
          Facsimile: 415-744-0134
16        Email: Francesco.Benavides@ssa.gov
17 Attorneys for Defendant
18
              UNITED STATES DISTRICT COURT,
19
              CENTRAL DISTRICT OF CALIFORNIA,
20
                      WESTERN DIVISION
21

22 IRMA BARRIOS,                        ) No. CV 2:12-cv-01226 MRW
23         Plaintiff,                   )
                                        )
24 vs.                                  ) [~~PROPOSED~~] ORDER ON
                                        ) STIPULATION FOR AWARD OF
25                                      ) EAJA FEES
   MICHAEL J. ASTRUE,                   )
26 Commissioner of Social Security,     )
                                        )
27         Defendant.                   )
28 _____     )

-1-

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of SEVEN THOUSAND FOUR HUNDRED DOLLARS AND NO CENTS ($7,400.00) subject to the terms of the stipulation.

DATE: 2/22/2013

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE